IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO ARANDA,   No. 2:07-cv-00805-MCE-DAD P

    Plaintiff,

  vs.   ORDER

ELIZABETH MEYERS, et al.

    Defendants.

_____/

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On December 6, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

///

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 6, 2007, are adopted in full;

2. Plaintiff's complaint is dismissed for failure to state a claim;

3. Plaintiff's request for injunctive relief is denied;

4. This action is dismissed; and

5. Plaintiff's state law claim is dismissed without prejudice to its refiling in state court.

Dated: January 10, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE